IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **CARL DEAN HOOD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 5:14-cv-01146-RDP-JHE |
| | ) |
| **SERGENT ARCHIE LETSON, et al.,** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on May 18, 2015, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) (1) and/or (2).  No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's Report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2).  A Final Judgment will be entered.

**DONE** and **ORDERED** this ___8th___ day of June, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE